RECEIVED
SDNY PRO SE OFFICE
2023 APR 12 PM 3:2[?]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

The City of New York and The New York City Department of Corrections, Correction Officer Mc. Cutchen #18140, Correction Officer John Doe

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Glenn__ _____ __Johnson__ _____
First Name            Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__I.D.#3492201707__ _____ __NYSID# 04161411K__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Anna. M. Kross. Center. / C-95__ _____ __A.M.K.C.__
Current Place of Detention

__18-18 Hazen Street__
Institutional Address

__East Elmhurst__ _____ __New York__ _____ __11370.__
County, City                State                Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  C.O.  McCutchen                    #. 18140
First Name      Last Name         Shield #

CORRECTION OFFICER     4 UPPER DORM AREA
Current Job Title (or other identifying information)

E.M.T.C. C-96 10-10 HAZEN STREET
Current Work Address

EAST ELMHURST        NEW YORK       11370
County, City            State          Zip Code

Defendant 2:  JOHN          DOE
First Name      Last Name         Shield #

CORRECTION OFFICER
Current Job Title (or other identifying information)

E.M.T.C. C-76 10-10 HAZEN STREET    4 UPPER DORM AREA
Current Work Address

EAST ELMHURST        NEW YORK       11370
County, City            State          Zip Code

Defendant 3:
First Name      Last Name         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State          Zip Code

Defendant 4:
First Name      Last Name         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State          Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: DORM 4 UPPER OF E.M.T.C. AT RIKER'S ISLAND CORRECTIONAL FACILITY. 10-10 HAZEN STREET EAST ELMHURST, NEW YORK 11370.

Date(s) of occurrence: July 1, 2022  4:00 PM FRIDAY

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

MANNER OF ACCIDENT: THE CLAIMANT WAS CAUSED TO SUSTAIN SEVERE AND PERMANENT INJURIES WHEN HE WAS PHYSICALLY ASSAULTED WITH A WEAPON BY SEVERAL INMATES AT THE ABOVE MENTIONED LOCATION AND CORRECTIONAL FACILITY. THE DEFENDANTS, THROUGH THEIR SERVANTS, AGENTS AND/OR EMPLOYEES, WERE NEGLIGENT IN FAILING TO MAINTAIN, OPERATE AND CONTROL THE AFORESAID CORRECTIONAL FACILITY IN A SAFE AND PROPER MANNER; IN FAILING TO PROVIDE ADEQUATE SUPERVISION OF THE OTHER INMATES IN THEIR CUSTODY AND CARE AND EMPLOYMENT; IN FAILING TO PROPERLY HIRE, TRAIN AND SUPERVISE PERSONNEL TO OVERSEE, SUPERVISE, CONTROL AND DISCIPLINE THE INMATES; IN ALLOWING INMATES TO INTENTIONALLY PHYSICALLY ASSAULT THE CLAIMANT CAUSING THE CLAIMANT TO SUSTAIN SEVERE AND PERMANENT INJURIES; IN ALLOWING INMATES TO OBTAIN AND RETAIN A WEAPON WHICH WAS USED TO PHYSICALLY ASSAULT THE CLAIMANT CAUSING THE CLAIMANT TO SUSTAIN SEVERE AND PERMANENT INJURIES; IN FAILING TO TIMELY AND ADEQUATELY STOP THE ASSAULT, IN VIOLATING THE CLAIMANT'S CIVIL RIGHTS, AND IN FAILING TO PROVIDE FOR THE SAFETY, CARE AND WELL BEING OF THE CLAIMANT WHO IS IN THE DEFENDANTS CUSTODY. THE DEFENDANTS CREATED AND HAD NOTICE AND KNOWLEDGE OF THE CONDITIONS COMPLAINED OF.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

iNJURieS To HeAD BoDy, liMBS. leFT Eye lAceRATioN BleeDiNG AND BluRRy visioN BlAck AND Blue SWelloN EYES

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

PleAse TAke FuRTHeR Notice THAT By ReAsoN oF THe PReMises iN DefAult oF THe city oF New yoRk AND THe New yoRk city DePARTMeNT oF coRRectioNs To PAy To THe clAiMANT THe Sum of $2,000,000.00 WiTHiN THe Time liMiTeD FoR coMPliANce wiTH THis DeMAND By SAiD DefeNDANTs By THe STATues iN SuCH cAses MADe AND PRoViDeD.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3/31/23 | Glenn Johnson "PRoSe" |
|---|---|
| Dated | Plaintiff's Signature |

| GlenN | | JoHNSON |
|---|---|---|
| First Name | Middle Initial | Last Name |

ANNA. M. KROSS. CeNTeR. / C-95 18-18 HAZeN STReeT
Prison Address

| EAST ElMHuRST | New yoRk | 11370. |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 3/31/23

Page 6



NEW YORK CITY DEPARTMENT OF CORRECTION
Louis A. Molina, Commissioner

**Christopher B. Connard**
Records Access Officer
75-20 Astoria Boulevard
East Elmhurst, New York 11370

718-546-0952
Fax 718-278-6001

November 22, 2022

Glen Johnson #349-22-01707
N.I.C.
15-00 Hazen Street
East Elmhurst, NY 11370

    Re: FOIL Request
        FOIL #: 2023FR1023

Dear Mr. Johnson:

    This is a final response to your request for records (copy enclosed) made pursuant to the New York State Freedom of Information Law.

    Enclosed please find a copy of the Logbook at E.M.T.C. Dorm 4 Upper on July 1, 2022 you requested. Please be advised that information pertaining to other individuals such as Names, Book and Case numbers and NYSID numbers has been withheld as disclosure of said information would constitute an unwarranted invasion of personal privacy pursuant to the New York State Public Officers Law, Section 87(2)(b).

    Pursuant to the New York State Public Officers Law, Section 89(4)(a), you may, within thirty (30) days of receipt of this letter, submit an appeal to the Records Appeals Officer at records.access@doc.nyc.gov.

                                  Very truly yours,

                                  *Christopher B. Connard scp*

                                  Christopher B. Connard
                                  Records Access Officer

Enclosure
CBC/scp

Records Access Officer                                           11/16/22

New York City Department of Correction        21 NOV 2022 AM 11:31

Legal Divison Suite 305

75-20 Astoria Blvd

East Elmhurst, New York 11370.

   Request for Log Book and Medical Record Log Book Information

I am requesting Log Book and Medical Record Information for and incident that happen on July 1, 2022 at EMTC-C-76 Dorm 4 Upper at 4:00 PM Friday afternoon were I recieved medical attention for and eye and face injurie were I was assaulted by inmate, in Dorm 4 Upper which has video cameras in the 4 Upper Dorm Area.

I requested my medical record form 7/1/22 to 9/30/22 which do not have and injury to inmate report on file were I was treated at EMTC-C-76 medical clinic on 7/1/22. I am requesting Log Book information for that date 7/1/22. I also need Log Book information from the Medical Log Book and the Dorm 4 Upper Log Book information about this incident.

Officer Jane Doe #: 18140 was the Dorm 4 Upper Officer for that day 7/1/22.

                                                     Thank you
North Infirmary Command                              Glenn Johnson
1500 Hazen Street East Elmhurst                      I.D. 3492201707
New York 11370.                                      North Infirmary Command
                                                     1500 Hazen Street

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

| Patient Name: Glenn Johnson | Date of Birth: 6/5/60 | Medical Record Number: |
|---|---|---|
| Patient Address: R.N.D.C. C-74 11-11 Hazen Street East Elmhurst, New York 11370 | | |

I, or my authorized representative, request that health information regarding my care and treatment as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol, or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:
CHS Medical Records Unit NYC Health and Hospitals 55 Water Street, 18th Floor New York, NY 10041

8. Name and address of person(s) or category of person to whom this information will be sent:
Glenn Johnson R.N.D.C. C-74 11-11 Hazen Street East Elmhurst, New York 11370

9(a). Specific information to be released:
- ☑ Medical Record form (insert date) 7/1/22 to (insert date) 9/30/22
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (Indicate by Initialing)
- G.J.  Alcohol/Drug Treatment
- G.J.  Mental Health Information
- G.J.  HIV-Related Information
- G.J.  Genetic Testing

Authorization to Discuss Health Information
(b). By initialing here G.J. I authorize CHS Medical Records Unit NYC Health and Hospitals Corporation
Initials      Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____ (Attorney/Firm or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: Myself | 11. Date or event on which this authorization will expire: Conclusion of case |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Glenn Johnson — I.D. 349220/707         Date: 9/14/22
Signature of Patient or representative authorized by law.

140

Cont'd FRIday July 1 2022 0700 X 1531

1008
1100 Visual tour of area all appears secure — 7325
1100 Visual tour of area all appears secure — 7325
1200 Visual tour of area all appears secure — 7325
  12 Census Jr = [21]
1230 Visual of area all appears secure — 7325
  IN/OUT/PRESS 0 English on post
1300

                        4 UPPER "A" (21)
1340 BOP women on post checked for contraband —
    None found. Menu consisted of fish patty, potatoes, etc.
1400 Visual tour of area all appears secure — 7325
1400 Visual tour of area all appears secure — 7325
1500 Visual tour of area all appears secure — 7325
    CO Cadet #7325 OFF post E.O.T. — 7325
    C.O. McCutchen #: 18740 ON POST 4 UPPER "A" POST
    Relieving C.O. CADET #: 7325 of ALL Duties and Equip
    Count Taken and Verified- T/C = (21) All IN; BODIES
    Appear Alive AND Breathing                     McCutchen #18740
1530 Visual Supervision; Tour of Area Completed; Nothing unusual
    To Report —                                    McCutchen

                        CHANGE of TOUR
FRIDAY, July 1ST 2022 (1500 X 2331) hour Tour
1600 Captain DeCosta to C on post
    tour of area all appears
    secured at the time
    Instructed officer to remain
    on post until relieved keep
    and accurate count follow
    all DOC Rules and
    regulation Notify this center
    of any incidents. No B
    officer on post previous tour
    nothing noted nothing
    reported at this time,
    follow all DOC Rule.
1600                                                          /DC

*W 1531 I, C.O. McCutchen #: 18740 REMAIN ON POST 4 UPPER "A"
    Until Properly Relieved; Count Taken and Verified;
    [21]; All IN; BODIES Appear Alive AND Breathing
    Previous logbook Entries READ AND Acknowledged; N
    UNusual Noted or Reported To this WRITER
    Equipment on Post

                        (void)

ON°T: CHANGE OF TOUR; FRIDAY, JULY 1ST, 2022 (3x11)

NOTE: NO "B" OFFICER ON POST AT THIS TIME
ICE DELIVERED AT THIS TIME
1545 1ST SECURITY INSPECTION IN PROGRESS: ON LOCKS; DOORS; GATE; CAMERAS; WINDOWS; FIRE EXIT DOOR; DAYROOM AREA; BATHROOM/SHOWER AREA; ALL COMMON AREAS
1600 VISUAL SUPERVISION; TOUR OF AREA COMPLETED; NOTHING UNUSUAL TO REPORT
LEVEL "A" ACTIVATED; INMATE ON INMATE FIGHT
- JOHNSON, GLEN B/C #: 349-22-01707 / 0416141 K
1610 INSTRUCTED TO PREPARE FOR VIDEO CONFERENCE
1615 1ST SECURITY INSPECTION COMPLETED; Ø CONTRABAND FOUND; AREA FREE OF DEBRIS AND OBSTRUCTION; NOTHING UNUSUAL TO REPORT
1622 MEDICATION ON POST AT THIS TIME; (-2) RESPONDED AND ESCORTED OUT BY [illegible] C.O. GRANT
(-1) VIDEO COURT ESCORTED OUT:
1630 VISUAL SUPERVISION; TOUR OF AREA COMPLETED; NOTHING UNUSUAL TO REPORT
(+2) RETURN FROM MEDICATION AT THIS TIME
1655 (+1) RETURN FROM VIDEO COURT:
1700 VISUAL SUPERVISION; TOUR OF AREA COMPLETED; NOTHING UNUSUAL TO REPORT
1722
INSTRUCTED TO PREPARE FOR PAROLE VISIT
1730 VISUAL SUPERVISION; TOUR OF AREA COMPLETED; NOTHING UNUSUAL TO REPORT
1755 (-1) ESCORTED OUT TO PAROLE VISIT:
1800 VISUAL SUPERVISION; TOUR OF AREA COMPLETED; NOTHING UNUSUAL TO REPORT; FOOD WAGON ON POST AT THIS TIME; SEARCHED FOR CONTRABAND; Ø FOUND; FOOD HANDLERS INSTRUCTED TO WEAR ALL DOC ISSUED EQUIPMENT: (GLOVES, HAIRNET, MASK, APRON): AT ALL TIMES DURING FEEDING; FOOD MENU CONSIST OF (GP) FISH PATTIES; MIXED VEGGIE; MAYONNAISE POTATOES; (HALAL) FISH PATTIES; MIXED VEGGIE; MAYONNAISE POTATOES; WHOLE WHEAT BREAD; ICED WATER [illegible]
1810 INSTITUTIONAL FEEDING IN PROGRESS AT THIS TIME
(+1) RETURN FROM PAROLE VISIT:
1820 INSTITUTIONAL FEEDING COMPLETED; NOTHING UNUSUAL TO REPORT
(VOID)

142
CON'T: CHANGE OF TOUR; FRIDAY, July 1st, 2022 (3x11)

1825 SANITATION In Progress AT THIS TIME — McCutch #18140
1830 Visual Supervision; Tour of Area Completed; Nothing unusual To Report
1840 [-1] TRANSFERRED To Intake:

NTC = 20

1605 [-1] TRANSFERRED out To Intake: Johnson, Glen
B/C #: 349.22.01707

NTC = 19

1652 Captain DeSilvia #1262 In post Conducting Institutional Search
Sanitation Completed At This Time On Dayroom, Bathroom All Common Areas
CO. Ravelo #: 17099 ON Post 4 upper "B"; Nothing unusual To Report

1823 [illegible handwritten entry]

1858 [+1] Court RETURN:

NTC = 20

1910 CO McCutchen #: 18140 off Post on Meal
Visual Supervision; Tour of Area Completed; Nothing unusual To Report
1930 NO B officer on post at this time this writer will be conducting visual tours from "A" post until instructed otherwise
1944 [+1] CT RETURN

NTC = 21

2000 C.O McCutchen #: 18140 on Post from Meal
Visual Supervision; Tour of Areas Completed; Nothing unusual To Report
Control Room Notified; Multiple Disruptives In Housing Area; Radio Currently Inoperable; No Battery
2030 Visual Supervision; Multiple Disruptives; Nothing Further To Report
2055 Tour of Area (1) made on the bridge

2100 Visual Supervision; Tour of Area Completed; Nothing unusual Report
(No(1))

| | |
|---|---|
| CONT. | CHANGE OF TOUR; FRIDAY, JULY 1ST 2022 (1500x2331) |
| | -3) TRANSFERRED OUT TO 5 MAIN AT THIS TIME |

**NTC = 18**

- 2130 Visual Supervision; Tour of Area Completed; Nothing unusual to Report
- 2200 Visual Supervision; Tour of Area Completed; Nothing unusual to Report
- 2230 Visual Supervision; Tour of Area Completed; Nothing unusual to Report

LEVEL "A" ACTIVATED AT THIS TIME

- 2240 -1) TRANSFERRED TO INTAKE

**NTC = 17**

2ND SECURITY INSPECTION In Progress on Locks, Doors, Gates, Closets, All Common Areas

- 2245 C.O. Charles #: 4515 on Post Distributing vitrites
- 2300 Visual Supervision; Tour of Area Completed; Nothing unusual to Report

C.O. McCutchen #: 18140 off Post, properly Relieved By C.O. Ravelo #: 17099

### CHANGE OF TOUR
### July 2ND 2022  2300 x 0731  TOUR

- 2305 CO Ravelo #17099 on post at this time properly relieving CO McCutchen #18140 of all duties. PC = **18** individuals. Previous logbook entries reviewed. Multiple Incidents on Previous Tours. Multiple fights on previous tours. **NO B** officer on post at this time. Control Room Notified of multiple incidents on previous tour. This writer will be conducting Visual tours of area from "A" post until instructed otherwise. Equipment

- 2320 1st Security Inspection conducted on "A" Post at this time. All Comm

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Glenn Johnson
**Book & Case #:** 349220/702
**NYSID #:** 04161411K
**Facility:** North Infirmary Commun
**Housing Area:** 5 South
**Date of Incident:** 11/14/22
**Date Submitted:** 11/15/22

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** EMTC-76
To view video footage of 7/1/22 incident in 4 upper dorm area were I was assaulted by inmates and cut over my left eye which caused a laceration and a lot of bleeding and blurry vision with a home made pen cap razor blade. And jumped by several inmates by the C.O.'s post bubble area were I told the (A) post Jane Doe officer#: 18140 to open the front gate when I got assaulted the (A) post officer#: 18140 refused to open the door to the (A) and (B) gate. She Jane Doe officer#: 18140 watched the assault from the plexiglass bubble area. Where officer#: 18140 refused to open the (A) and (B) gate to stop the assault from happening.

**Action Requested by Inmate:** To find out what happen to my inmate injurie report for July 1, 2022 when I got treated at EMTC medical clinic for eye and head injuries to investigate why the (A) officer#: 18140 refused to open the gate when I was assaulted.

**Please read below and check the correct box:** To check DOC medical log book of 7/1/22 incident and when I was treated at clinic.

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☑ No ☐
Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☑
Have you filed this grievance with a court or other agency? Yes ☐ No ☑
Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:** Glenn Johnson
**Date of Signature:** 11/15/22

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | | |
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - C

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: 602715 | Date Filed: November 18, 2022 | Facility: NIC |
|---|---|---|
| Inmate Name: Glenn Johnson | Book and Case#: 349-22-01707 | Category: Assault AI |

**From OCGS Inmate Statement Form, print or type short description of grievance:** To view footage of 7/1/22 incident in EMTC C-76 4 Upper dorm area where I was assaulted by inmates and cut over my left eye which caused a laceration and a lot of bleeding and blurry vision with a homemade pen cap razor blade and jumped by several inmates by the CO's post bubble area where I told (A) post Jane Doe officer #18140 to open the door to the (A) and (B) Gate. She Jane Doe officer # 18140 watched the assault from the plexiglass bubble area where officer#18140 refused to open the (A) and (B) gate to stop the assault from happening.

**Action Requested by Inmate:** To find out what happen to my inmate report *INJURY* for July 1, 2022, when I got treated at EMTC Medical clinic for eye and head injuries. To investigate why the (A)officer #18140 refused to... (SEE ATTACHED)

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance  ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

OCGS informed the grievant that his complaint is a submission not subject to the grievance process and and has been forwarded to ID for further investigation.

**CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE**
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☑ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

Inmate's Signature: /s/   Date: 11/18/22

☐ Preliminary Review Requested

Grievance Coordinator/Officer Signature:   Date: 11/18/22



www.comptroller.nyc.gov

**THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET ROOM 1200
NEW YORK, N.Y. 10007-2341**

Brad Lander
**COMPTROLLER**

015 - 151

Date:      7/21/2022
Claim Number:  2022PI020664
RE:      Acknowledgment of Claim
Your Claim/Policy#:

GLENN JOHNSON 3492201707
10-10 HAZEN ST
BRONX NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment






MID-ISLAND NY 117
10 APR 2023 PM 1 L

Glenn Johnson I.D. 3492201707
A.M.K.C. C-95 QUAD - UPPER 4
18-18 Hazen Street East Elmhurst
New York 11370.

United States District Court
Southern District of New York
500 Pearl Street, Pro se Intake Unit
New York, New York 10007

10007-133099

MID-ISLAND NY 117
10 APR 2023 PM 1 L

Glenn Johnson I.D. 3492201707
A.M.K.C. C-95 QUAD - UPPER 4
18-18 Hazen Street East Elmhurst
New York 11370.

United States District Court
Southern District of New York
500 Pearl Street, Pro se Intake Unit
New York, New York 10007

10007-133099