UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLENN JOHNSON,

                          Plaintiff,

            -against-

THE CITY OF NEW YORK,
DEPARTMENT OF CORRECTIONS,
CORRECTION OFFICER MCCUTCHEN
#18140, CORRECTION OFFICER
CADET #7325, C.O. RAVELO #17099,
CAPTAIN WEEKES #11628,

                         Defendant.
-------------------------------------------------------------------X

**ORDER**

**23-CV-3091 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter requesting a stay of discovery pending a decision on the motion to dismiss. Dkt. No. 49. Plaintiff consents to the request. Dkt. No. 51. The request is GRANTED. The parties are directed to adhere to the following schedule:

- Plaintiff's brief in opposition of the motion to dismiss is due **July 15, 2024**.
- Defendants' reply brief in further support of the motion to dismiss is due **August 14, 2024**.

The Clerk of Court is respectfully requested to send copy of this order to: Glenn Johnson, 23B3958, Clinton Correctional Facility, P.O Box 2000, Dannemora, NY 12929. SO ORDERED.

DATED:    New York, New York
                May 16, 2024

                                                         _Jennifer E. Willis_
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge