UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLENN JOHNSON,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                    Defendant.
-------------------------------------------------------------------X

**ORDER**

**23-CV-3091 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      In light if Plaintiff's declarations explaining that he did not receive this Court's Report and Recommendation until after the deadline to object had expired, this Court will hold a conference to discuss potential next steps. Dkt. No. 60–61. Counsel for Defendants is directed to consult with Clinton C.F. in Dannemora, New York to inquire when Plaintiff can be produced to appear at a conference by video. In the alternative, this Court may consider allowing the Parties to appear by telephone. Counsel for Defendants is ordered to file a status letter **by May 23, 2025** informing the Court of potential dates in July that Plaintiff can be produced.

      **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Glenn Johnson 23-B-3958, Clinton Correctional Facility, P.O. Box 2000, Dannemora, NY 12929.**

      SO ORDERED.

DATED:    New York, New York
              May 8, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge