**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GLENN JOHNSON,

                            Plaintiff,                    **ORDER**

          -against-                       **23-CV-3091 (JHR) (JW)**

THE CITY OF NEW YORK, et al.,

                            Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court had a settlement conference on October 9, 2025, with Mr. Johnson

in an unrelated matter.  During the conference, the timing and next steps regarding

Defendants' motion to dismiss at Dkt. No. 74 came up.  Because Mr. Johnson just

recently received Defendants' motion, the Court orders that Mr. Johnson has until

**November 1, 2025**, to respond.

      SO ORDERED.

DATED:     New York, New York
             October 15, 2025

                                                 _Jennifer E. Willis_
                                        JENNIFER E. WILLIS
                                 United States Magistrate Judge